UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Kristina Kirilova

-V-

Client Services, Inc.

----------------------------------------------------------X

ORDER OF DISCONTINUANCE
CV 18-4538 (JS)(AKT)

Appearances:

For Plaintiff(s):
Mitchell Pashkin, Esq.
775 Park Av.   #225
Huntington NY 11743

For Defendant(s):
Joseph Hess, Esq.
Howard Smith, III, Esq.
Marshall Dennehey Warner Coleman & Goggin
88 Pine St.   21 Fl.
New York NY 10005

SEYBERT, District Judge:

The above-captioned case was commenced on Aug. 10, 2018, with the filing of a complaint.

In his Notice of Settlement dated Oct. 30, 2018 (docket entry [9]), Mr. Pashkin indicated that the parties had settled this case.  No stipulation of discontinuance has been submitted to date, despite his expectation to file one within 45 days.

IT IS HEREBY ORDERED that this action be discontinued without prejudice to reopening should the settlement not be consummated.  The Clerk of Court is directed to close the case and terminate pending motions, if any.

SO ORDERED.

Dated: Dec. 27, 2018
       Central Islip NY

s/ Joanna Seybert
_____
JOANNA SEYBERT, U.S.D.J.